IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM BONN,

        Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2009

Opinion filed November 10, 2014.

Petition for Writ of Certiorari – Original Jurisdiction.

William Bonn, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of certiorari is DENIED on the merits.

LEWIS, C.J., VAN NORTWICK and SWANSON, JJ., CONCUR.